IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAUDIA REYNA, and MARIA MORALES DE GARCIA,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | 4:23CV3080<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

　　　　IT IS ORDERED that the parties' joint motion to extend progression order deadlines is granted. Filing No. 22. The unexpired deadlines in the amended final progression order (Filing No. 18) are amended as follows:

1) The trial and pretrial conference will not be set at this time. A status conference currently set for June 25, 2024, (Filing No. 21), to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings is <u>continued</u> and will be held with the undersigned magistrate judge on **July 30, 2024** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

　　　　For the defendant(s):　　　　May 13, 2024.
　　　　Plaintiff(s)' rebuttal:　　　　June 10, 2024.

3) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

　　　　For the plaintiff(s):　　　　May 13, 2024.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

     For the defendant(s):   June 13, 2024.
     Plaintiff(s)' rebuttal:   July 1, 2024.

4)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 25, 2024.

5)  The deadline for filing motions to dismiss and motions for summary judgment is August 26, 2024.

6)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 3, 2024.

7)  Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 26th day of March, 2024.

               BY THE COURT:

               *s/ Jacqueline M. DeLuca*
               United States Magistrate Judge