IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAUDIA REYNA, and MARIA MORALES DE GARCIA, | |
| Plaintiffs, | 4:23CV3080 |
| vs. | ORDER OF DISMISSAL |
| SHELTER MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation and Motion to Dismiss. (Filing No. 34.) Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 27th day of March, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge